454 A.2d 173

Commonwealth v. Payne, Appellant.

Petition for Allowance of Appeal
Denied Feb. 8, 1984.

Submitted December 9, 1981. Donald Joel, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.